No. 69181.—Baar & Beards, Inc. *v.* United States, protest 60/7202 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon articles similar in use to silk articles and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.